HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jose Munoz-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  1:14-cr-0020 LJO-SKO |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | ) ) | DATE:   August 4, 2014 |
| JOSE MUNOZ-RAMIREZ, | ) ) | TIME:    8:30 a.m. JUDGE: Hon. Lawrence J. O'Neill |
| Defendant. | ) ) ) |  |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for June 23, 2014, may be continued to the August 4, 2014 at 8:30 a.m.

Defense counsel is in the process of obtaining school and other records on behalf of client, as well as conducting other investigation for the sentencing hearing and needs some additional time to be fully prepared.  The government is in agreement with the requested date. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: May 19, 2014                    By:     /s/ Kimberly A. Sanchez_____
                                                KIMBERLY A SANCHEZ
                                                Assistant United States Attorney
                                                Attorney for Plaintiff

|  |  |  |
|---|---|---|
| DATED: May 19, 2014 | By: | HEATHER E. WILLIAMS<br>Federal Defender<br><br>/s/ *Charles J. Lee*<br>CHARLES J. LEE<br>Assistant Federal Defender<br>Attorney for Defendant<br>JOSE MUNOZ-RAMIREZ |

**O R D E R**

IT IS SO ORDERED.

Dated:  **May 19, 2014**                          **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE