# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 20 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

|  |  |
|---|---|
| **United States of America** ) | |
| vs. ) | Case No. |
| **Jose Munoz Ramirez** ) | 1:14-cr-00020-LJO-SKO-1 |
| ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Jose Munoz Ramirez___, have discussed with ___Jacob Scott___, Supervising Pretrial Officer, *adding the following conditions of release, effective the day you are released from WestCare:*

You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer; **HOME DETENTION**: You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the PSO. All other previously ordered conditions of release, not in conflict with this order, shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  6-19-14        _____  6/17/14
Signature of Defendant          Date           Pretrial Services Officer       Date
Jose Munoz Ramirez                             Jacob Scott for Dan Stark

I have reviewed the conditions and concur that this modification is appropriate.

_____                 _____  6/17/14
Signature of Assistant United States Attorney                                  Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                 _____  6/17/14
Signature of Defense Counsel                                                   Date
Charles J. Lee

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on  6/20/14
☐ The above modification of conditions of release is *not* ordered.

_____                 _____  6/20/14
Signature of Judicial Officer                                                  Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services