1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721-2226
   Telephone: 559-487-5561/Fax: 559-487-5950
5
   Attorney for Defendant
6  Jose Munoz-Ramirez

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  Case No.  1:14-cr-0020 LJO-SKO
                                       )
12                 Plaintiff,          )  STIPULATION AND ORDER TO CONTINUE
                                       )  SENTENCING HEARING
13  vs.                                )
                                       )  DATE:   September 8, 2014
14  JOSE MUNOZ-RAMIREZ,                )  TIME:   8:30 a.m.
                                       )  JUDGE: Hon. Lawrence J. O'Neill
15                 Defendant.          )
                                       )
16  _____     )

17          IT IS HEREBY STIPULATED by and between the parties hereto through their

18  respective counsel that the sentencing hearing in the above-captioned matter now set for August

19  4, 2014, may be continued to the September 8, 2014 at 8:30 a.m.

20          Defense counsel is attempting to obtain some juvenile records and is still in the process

21  of obtaining letters from friends, family, and others.  Additionally, defense would request the

22  time to further meet with client to prepare for the sentencing hearing.  The government has no

23  objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is

24  necessary.

25  //

26  //

27  //

28  //

1

                                            Respectfully submitted,

2

                                            BENJAMIN B. WAGNER
United States Attorney

3

4   DATED:  July 18, 2014              */s/ Kimberly A. Sanchez*

5                                             KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

6

7                                             HEATHER E. WILLIAMS
Federal Defender

8

9   DATED:  July 18, 2014              */s/ Charles J. Lee*

10                                            CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant

11                                            JOSE MUNOZ-RAMIREZ

12

13

14

15

16                                 **O R D E R**

17

18   IT IS SO ORDERED.

19      Dated:  **July 18, 2014**          **/s/ Lawrence J. O'Neill**

20                                   UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28