**FILED**

**JUL 2 2 2014**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   CHARLES J. LEE, Bar #221057
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, CA 93721-2226
    Telephone: 559-487-5561/Fax: 559-487-5950
5
    Attorney for Defendant
6   Jose Munoz-Ramirez

7

8                 IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.  1:14-cr-0020 LJO-SKO
                                       )
12                  Plaintiff,         )   STIPULATION TO MODIFY TERM OF
                                       )   PRETRIAL RELEASE; ORDER THEREON
13   vs.                               )
                                       )   JUDGE: Hon. Sandra M. Snyder
14   JOSE MUNOZ-RAMIREZ,               )
                                       )
15                  Defendant.         )
                                       )
16   _____  )

17

18        IT IS HEREBY STIPULATED by and between the parties hereto through their

19   respective counsel that the Pretrial Home Detention condition be modified to allow Mr. Munoz-

20   Ramirez to leave his home on July 28, 2014, from 5:00 p.m. till 9:00 p.m. to allow him to attend

21   the birthday party of his youngest child at John's Incredible Pizza.

22        Mr. Munoz-Ramirez is to travel only from his residence to John's Incredible Pizza in

23   Fresno and then back to his residence without any other stops.  He will be with his family during

24   the entire time.  All other conditions will remain in full force and effect.  Both counsel for the

25   government as well as the Pretrial Services Officer do not object to this modification.

26   //

27   //

28   //

1

2

3

4    DATED:  July 22, 2014

5

6

7

8

9    DATED:  July 22, 2014

10

11

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

/s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

/s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
JOSE MUNOZ-RAMIREZ

12

13

14

15

16                          **O R D E R**

17        **IT IS SO ORDERED** that the Home Detention condition for Jose Munoz-Ramirez be

18   modified to allow him to be absent from his residence on July 28, 2014 from 5:00 p.m. till 9:00

19   p.m.  Mr. Munoz-Ramirez must travel directly to John's Incredible Pizza in Fresno and back

20   with no other stops.  All other conditions remain in full force and effect.

21

22

23   DATED:  July 22, 2014

24

25                                        HON. SANDRA M. SNYDER
                                          United States Magistrate Judge
26

27

28

Munoz-Ramirez: Stipulation and [Proposed]            -2-
Order to Modify Pretrial Condition