HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Munoz Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:14-cr-00020 LJO-SKO |
| ) | |
| Plaintiff, ) | |
| ) | WAIVER OF DEFENDANT'S PERSONAL |
| v. ) | PRESENCE AT PRETRIAL PROCEEDINGS; |
| ) | ORDER THEREON |
| ) | |
| JOSE MUNOZ RAMIREZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to F. R. Crim. P. 43(b)(2) and (3), Defendant, Jose Munoz Ramirez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to defendant's attorney that defendant's presence is required will be deemed notice to the defendant of the requirement of his appearance at said time and place.

Defendant makes this request because on September 10, 2014, he received an offer for full-time employment to begin on September 11, 2014. As previously discussed with the court, defense is requesting that Mr. Munoz Ramirez be placed in the Better Choices Pretrial Program.

1  Given the fact Mr. Munoz Ramirez is just about to start employment, defense counsel does not
2  wish him to jeopardize his new position by taking time off for Monday's hearing.  The
3  government is agreeable to defense counsel appearing pursuant to this requested Rule 43 waiver
4  and setting a new date for Mr. Munoz Ramirez to appear before this court.
5     This request is made pursuant to Fed.R.Crim.P. 43(b)(3).

DATED:   9/10/14              */s/  Jose Munoz Ramirez*
                              JOSE MUNOZ RAMIREZ

DATED:   9/10/14              */s/  Charles J. Lee*
                              CHARLES J. LEE
                              Assistant Federal Defender
                              Attorney for Defendant
                              Jose Munoz Ramirez

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:   **September 11, 2014**              **/s/ Sheila K. Oberto**
                                             UNITED STATES MAGISTRATE JUDGE