HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jose Munoz-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0020 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE BETTER CHOICES HEARING |
| vs. | DATE: October 16, 2014 |
| JOSE MUNOZ-RAMIREZ, | TIME: 8:30 a.m. |
| | JUDGE: Hon. Barbara A. McAuliffe |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the Better Choices hearing in the above-captioned matter now set for October 15, 2014 at 11:00 a.m. may be continued to October 16, 2014 at 8:30 a.m.

The requested date and time allows for Mr. Munoz-Ramirez to miss less time from work. The government has no objection to the requested continuance. As Mr. Munoz-Ramirez has already entered a guilty plea on his case and is pending sentencing, no exclusion of time is necessary under the Speedy Trial Act.

///

///

///

///

///

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | BENJAMIN B. WAGNER<br>United States Attorney |

DATED: September 19, 2014                            /s/ Christopher D. Baker
                                                                          CHRISTOPHER D. BAKER
                                                                          Assistant United States Attorney
                                                                          Attorney for Plaintiff


                                                                          HEATHER E. WILLIAMS
                                                                          Federal Defender


DATED: September 19, 2014                            /s/ Charles J. Lee
                                                                          CHARLES J. LEE
                                                                          Assistant Federal Defender
                                                                          Attorney for Defendant
                                                                          JOSE MUNOZ-RAMIREZ

## **O R D E R**

IT IS SO ORDERED that the 1st Better Choices hearing for defendant Jose Munoz-Ramirez is continued from October 15, 2014 at 11:00 a.m. to October 16, 2014 at 8:30 a.m. before Judge McAuliffe in Courtroom 8.

IT IS SO ORDERED.

   Dated:   **September 19, 2014**                          /s/ Barbara A. McAuliffe
                                                                          UNITED STATES MAGISTRATE JUDGE