# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
MAR 30 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America<br>vs.<br>Jose Munoz Ramirez | Case No.<br>1:14-cr-00020-LJO-SKO-1 |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, __Jose Munoz Ramirez__, have discussed with __Jacob Scott__, Supervising Pretrial Officer, modifications of my release conditions as follows:

To modify the defendant's electronic monitoring from **HOME DETENTION** to **CURFEW**: You are restricted to your residence every day from 9:00 p.m. to 6:00 a.m., or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations. All other previously imposed conditions of release, not in conflict with this order, remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_[signature]_  3-30-15          _[signature]_  3/30/15
Signature of Defendant   Date    Pretrial Services Officer   Date
Jose Munoz Ramirez               Jacob Scott

I have reviewed the conditions and concur that this modification is appropriate.

_[signature]_                   3-30-15
Signature of Assistant United States Attorney   Date
Kimberly A. Sanchez

I have reviewed the conditions with my client and concur that this modification is appropriate.

_[signature]_                   3/30/15
Signature of Defense Counsel   Date
Charles J. Lee

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on __March 30, 2015__
☐ The above modification of conditions of release is *not* ordered.

_[signature]_                   3/30/15
Signature of Judicial Officer   Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services