HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jose Munoz-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-0020 LJO-SKO |
| Plaintiff, | STIPULATION TO MODIFY TERM OF PRETRIAL RELEASE;  ORDER |
| vs. | JUDGE: Hon. Barbara A. McAulilffee |
| JOSE MUNOZ-RAMIREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the pretrial condition for Moral Recognition Therapy be added.  All parties believe Mr. Munoz-Ramirez would benefit from the MRT class.  All other conditions will remain in full force and effect.  Both counsel for the government as well as the Pretrial Services Officer request this modification.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: June 16, 2015          */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

                              HEATHER E. WILLIAMS
                              Federal Defender

DATED:  June 16, 2015            */s/ Charles J. Lee*
                                          CHARLES J. LEE
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          JOSE MUNOZ-RAMIREZ

## O R D E R

**IT IS SO ORDERED** that the pretrial condition for Moral Recognition Therapy (MRT) shall be added for defendant Jose Munoz-Ramirez. All other conditions will remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 16, 2015**                 /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE