HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
Jose Munoz Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-0020 LJO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE: November 16, 2015 |
| JOSE MUNOZ RAMIREZ, | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for October 5, 2015 at 10:00 a.m. may be continued to November 16, 2015 at 10:00 a.m.

Defense counsel has retained an expert and needs additional time for completion of the report. Additionally, both defense and the government would like some additional time to research and evaluate the effects of the recent Supreme Court *Johnson* decision and how it applies to the sentencing guidelines in this case.

As this is a sentencing hearing, no exclusion of time is necessary under the Speedy Trial Act.

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 14, 2015    */s/ Kimberly A. Sanchez*
KIMBERLY A. SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: September 14, 2015    */s/ Charles J. Lee*
CHARLES J. LEE
Assistant Federal Defender
Attorneys for Defendant
JOSE MUNOZ RAMIREZ

**O R D E R**

IT IS SO ORDERED.

   Dated:   **September 14, 2015**          **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE