HEATHER E. WILLIAMS, #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
Jose Munoz-Ramirez

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:14-cr-0020 LJO-SKO |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| vs. | DATE:   December 14, 2015 |
| JOSE MUNOZ-RAMIREZ, | TIME:    10:00 a.m. |
| Defendant. | JUDGE: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for November 16, 2015 at 10:00 a.m., may be continued to the December 14, 2015 at 10:00 a.m.

Defense counsel was recently scheduled for surgery on October 28 and anticipates being off work at least one week.  This surgery date was not known when the last sentencing date was set.  Defense would request the additional time to properly prepare for the sentencing hearing.  The government has no objection to the requested continuance.  As this is a sentencing hearing, no exclusion of time is necessary.

//

//

//

//

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: October 23, 2015            */s/ Kimberly A. Sanchez*
                                   KIMBERLY A. SANCHEZ
                                   Assistant United States Attorney
                                   Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: October 23, 2015            */s/ Charles J. Lee*
                                   CHARLES J. LEE
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   JOSE MUNOZ-RAMIREZ

**O R D E R**

IT IS SO ORDERED.

   Dated:  **October 26, 2015**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE